**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7684**

_____

WILLIAM A. FISHER,

Plaintiff - Appellant,

versus

COURT & LEGAL RECORDS,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-00-617-3)

_____

Submitted:  March 8, 2001            Decided:  March 16, 2001

_____

Before MOTZ, TRAXLER, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William A. Fisher, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William A. Fisher appeals a district court order dismissing without prejudice under 28 U.S.C.A. § 1915(g) (West Supp. 2000) his civil rights complaint. We decline to rule on whether the three appeals cited by the district court count as strikes for purposes of § 1915(g) and dismiss the appeal on alternate grounds. See Cochran v. Morris, 73 F.3d 1310, 1315 (4th Cir. 1996). Because we find that Fisher's civil rights complaint fails to state a claim, we dismiss the appeal as frivolous. See Clemente v. Allen, 120 F.3d 703, 705 (7th Cir. 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED